IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 4:99 CR 325 |
| | ) | |
| Plaintiff, | ) | JUDGE KATHLEEN M. O'MALLEY |
| | ) | |
| vi. | ) | |
| | ) | REQUEST TO FILE MOTION |
| JAMES A. PHILOMENA, | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |

Now comes the defendant, James A. Philomena, pro se, and respectfully moves Her Honor for an order sealing the unfilled motion provided to the court for the following reasons:

1. Defendant's case and convictions generated considerable media attention.

2. The contents of the motion are so particular and personal in nature that their disclosure to the general public by the media will only cause further embarrassment and humiliation not only to the defendant, but also is family, <u>particularly</u>, his teenage daughter who has been named in two articles of the local newspaper by a reporter in his vain attempt at political satire.

*Wherefore*, the defendant respectfully asks Her Honor to exercise the court's inherent powers regarding the control of papers filed in the court and permit the defendant to file said motion under seal.

RESPECTFULLY SUBMITTED:

_____
JAMES A. PHILOMENA
62 Pine Cone Drive
Canfield, Ohio 44406
**DEFENDANT – PRO SE**

GRANTED: _____
DENIED:  ✓

*K. M. O'Malley*
12-19-05